| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

JOED LEE BARRERA, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　Civil Action 15-1778
　　　　　　　　　　　　　　§
TEXAS DEPT. OF CRIMINAL JUSTICE, *ET AL.*, §
　　　　　　　　　　　　　　§
　　　　Defendants. §

## Opinion on Dismissal

Joed Barrera filed this lawsuit under the Civil Rights Act 42 U.S.C. section 1983. He sues Jack Douglas, Director of the Texas Department of Criminal Justice; Stephen Williams, Director of TDCJ-ID; Frank Hoke, Director of Offender Access to Courts; Rissie Owens, Director of Board of Pardons and Parole; Brad Livingston, Executive Director; and Shawn Blair, Director of Texas Correctional Industries. Barrera raises his claims as a taxpayer and a citizen. He requests this court (1) reopen the *Ruiz* civil-rights lawsuit on Texas prison reform, (2) restore all good-time credits awarded by the Texas legislature that were forfeited, (3) impose damages relief against each defendant, and (4) appoint a special master.

Barrera does not raise claims or seek relief based on deprivations he suffered. He raises claims concerning system-wide prison conditions and the *Ruiz* case. Barrera has not raised a valid basis for granting the relief he seeks. Barrera's request to reopen the *Ruiz* case is **DENIED**. Barrera's motion to proceed as a pauper (2) is **DENIED** as moot.

Signed on July 1, 2015, at Houston, Texas.

　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge